UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM M. BAKER,<br>LAURENCE D. COHEN,<br>FRANK D. EDWARDS,<br>CURTIS W. HOWES and<br>MARK A. TATKOW,<br><br>　　　　　　Defendants | Civil Action No.<br>04 12444 DPW |

NOTICE OF APPEARANCE

Please enter my appearance for the defendant Frank D. Edwards.

Respectfully submitted,

_____
Peter M. Saparoff    BBO No. 441740
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Attorney for Defendant Frank D. Edwards

LIT 1490566v1

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand  11/23/04  .