UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : : | NO. 04-12444-DPW |
| WILLIAM M. BAKER, LAURENCE D. COHEN, FRANK D. EDWARDS and MARK A. TATKOW, | : : : : | |
| Defendants | : : | |

**WILLIAM M. BAKER'S ASSENTED-TO MOTION FOR LEAVE TO FILE HIS RESPONSE TO THE COMPLAINT ON OR BEFORE JANUARY 7, 2005**

Defendant William M. Baker moves for leave to file his response to the complaint on or before January 7, 2005. As grounds for this motion, Mr. Baker states:

1. Mr. Baker's response to the complaint is currently due on December 9, 2004.

2. Counsel for plaintiff has assented to Mr. Baker's request to extend his time to answer, move or otherwise respond to the complaint until January 7, 2005.

3. The extension of time sought by Mr. Baker causes no prejudice to plaintiff and does not interfere with the fair administration of justice.

WHEREFORE, William M. Baker respectfully requests that the Court grant his motion allowing him to respond to the complaint on or before January 7, 2005.

Respectfully submitted,

  /s/ James O. Fleckner
James S. Dittmar, P.C. (BBO #126320)
James O. Fleckner (BBO #641494)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617-570-1000

Dated: December 7, 2004    **Attorneys for Defendant William M. Baker**

LIBA/1437915.1

## LOCAL RULE 7.1 CERTIFICATION

     I hereby certify that on or about December 3, 2004 I conferred with Frank C. Huntington, counsel for plaintiff, who assented to the relief requested herein.

                                                        /s/ James O. Fleckner
                                                        James O. Fleckner