UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM M. BAKER, LAURENCE D. COHEN,<br>FRANK D. EDWARDS, CURTIS W. HOWES and<br>MARK A. TATKOW,<br><br>Defendants. | Civil Action No. 04-12444-DPW |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter the appearance of William H. Paine and Michael G. Bongiorno on behalf of defendants Laurence D. Cohen and Curtis W. Howes in the above-referenced matter.

Respectfully submitted,

LAURENCE D. COHEN and
CURTIS W. HOWES,

By their attorneys,

/s/ Michael G. Bongiorno
William H. Paine (BBO #550506)
Michael G. Bongiorno (BBO #558748)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: January 24, 2005