UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM M. BAKER,<br>LAURENCE D. COHEN,<br>FRANK D. EDWARDS,<br>CURTIS W. HOWES and<br>MARK A. TATKOW,<br><br>Defendants. | Civil Action No. 04-12444-DPW |

**ORDER FOR PAYMENT OF**
**DISGORGED FUNDS TO U.S. TREASURY**

The Court having entered a Final Judgment of Permanent Injunction, Disgorgement and Other Relief ("Final Judgment") as to defendant Curtis Howes and as to defendant Mark Tatkow, defendants Howes and Tatkow having satisfied their disgorgement obligations under the Final Judgments by making payments in the total amount of $25,000 to the Registry of this Court, and plaintiff Securities and Exchange Commission ("Commission") having moved that the Court order the disgorged funds to be transferred to the United States Treasury,

**IT IS HEREBY ORDERED** that the Clerk of Court, after adding the interest which has accrued to date on the $25,000 paid by Howes and Tatkow and after deducting any applicable administrative fee which the Court imposes upon funds held by the Registry of Court in interest-bearing accounts, shall forthwith transfer the balance at the Registry by mailing a check payable

to the United States Treasury, together with a cover letter identifying the name and civil action number of this matter, to the following address:

>Office of Financial Management
>U.S. Securities and Exchange Commission
>Operations Center
>6432 General Green Way, Mail Stop 0-3
>Alexandria, VA 22312

The Clerk of Court shall also send a copy of the cover letter to counsel of record for the Commission at the following address:

>Frank C. Huntington, Esq
>U.S. Securities and Exchange Commission
>Boston District Office
>73 Tremont Street, 6th Floor
>Boston, MA 02108

DONE AND ORDERED at Boston, Massachusetts, this 17th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE